No. 326. IN RE SAWYER. C. A. 9th Cir. Certiorari granted. *John T. McTernan* for petitioner. *Herbert Y. C. Choy,* Attorney General of Hawaii, *Morio Omori,* Special Deputy Attorney General, and *A. William Barlow* for the Bar Association of Hawaii.

No. 362. KOLLER ET AL. *v.* UNITED STATES. C. A. 3d Cir. Certiorari granted. *Robert H. Malis* for petitioners. *Solicitor General Rankin, Assistant Attorney General Doub, Samuel D. Slade* and *Robert S. Green* for the United States.

No. 414. UNION PACIFIC RAILROAD Co. *v.* PRICE. C. A. 9th Cir. Certiorari granted. *E. C. Renwick, Malcolm Davis, Calvin M. Cory, W. R. Rouse* and *James A. Wilcox* for petitioner. *Samuel S. Lionel* for respondent.

No. 383. MARSHALL *v.* UNITED STATES. Petition for writ of certiorari to the United States Court of Appeals for the Tenth Circuit granted limited to the first question presented by the petition for the writ which reads as follows:

"Whether a defendant in a criminal trial to a jury is denied a fair trial when members of the jury during the course of the trial read newspaper articles which state that the defendant has a record of two previous felony convictions and recite other defamatory matter."

*Omer Griffin* for petitioner. *Solicitor General Rankin, Assistant Attorney General Anderson* and *Beatrice Rosenberg* for the United States.